UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. ROBERTSON,

        Plaintiff,

v.

        Case No. 07-CV-12623

        HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION
# AND
# GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
# AND
# DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# AND
# DISMISSING CASE

This is a social security case. Plaintiff Thomas E. Robertson, proceeding pro se, appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that Plaintiff's motion be denied, and the case dismissed.

Neither party has filed objections to the MJRR. Accordingly, the findings and

conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED. This case is DISMISSED.

    SO ORDERED.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: May 29, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 29, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160